

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2017

No. 04-17-00374-CV

**IN THE INTEREST OF A.N.S. AND J.J.S.,** Children,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-02243
Honorable Richard Garcia, Judge Presiding

# O R D E R

Sitting:        Sandee Bryan Marion, Chief Justice
                    Karen Angelini, Justice
                    Marialyn Barnard, Justice

This is an accelerated appeal from an order providing for conservatorship of the two children subject to the proceeding. Appellant's brief was originally due on July 31, 2017. Appellant is represented on appeal by Mr. Manuel C. Rodriguez, Jr. On July 31, 2017, Mr. Rodriguez filed a "Notice Regarding Jurisdiction," in which Mr. Rodriguez states his belief that this court lacks jurisdiction over this appeal. Our review of the clerk's record on appeal indicates we have jurisdiction; therefore, Mr. Rodriguez's request for "further relief" is DENIED.

Mr. Rodriguez is ORDERED to file appellant's brief <u>no later than August 21, 2017</u>. Any future request for an extension of time in which to file appellant's brief is disfavored.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2017.

_Luz Estrada_
Luz Estrada
Chief Deputy Clerk